**Order entered January 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00790-CR

**JEREMY WAYNE MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72093-U**

## ORDER

The reporter's record was due June 21, 2019. After granting several extensions of time to file the record, it was due November 3, 2019. To date, the reporter's record has not been filed and we have had no communication from court reporter Yolanda Atkins.

We **ORDER** that court reporter Yolanda Atkins **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; Yolanda Atkins, court reporter, 291st Judicial District Court; to the Dallas County Auditor's Office and to counsel for all parties.


/s/     BILL PEDERSEN, III
JUSTICE